IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE EVERETT WELCH,

    Petitioner,　　　　　　　　　　No. CIV S-04-0739 DFL DAD P

    vs.

SAN BERNARDINO COUNTY
DISTRICT ATTORNEY'S OFFICE,
et al.,

    Respondents.　　　　　　　　　　ORDER

                                     /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 26, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Petitioner was granted three opportunities to amend his habeas petition to allege claims concerning his rap sheet in the

1

1  context of either a criminal conviction or a specific parole decision that arose in the Eastern
2  District of California.  Petitioner failed to file an amended petition challenging a specific parole
3  decision.  In his objections to the magistrate judge's findings and recommendations, petitioner
4  states that the parole board relied on his criminal history transcript at a parole hearing on April
5  13, 2005.  Petitioner does not allege that he has exhausted state court remedies on claims arising
6  from this recent parole hearing.  Having carefully reviewed petitioner's objections and the entire
7  file, the court finds the findings and recommendations to be supported by the record and by
8  proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2005, are adopted in full; and

2. This action is dismissed without prejudice to the filing of a new action attacking the April 13, 2005 parole denial after state court remedies have been exhausted.

DATED: 8/22/2005

_____
DAVID F. LEVI
United States District Judge

2